IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CADE COTHREN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 3:22-cv-00985 |
| | ) |
| THE LITTLE MINT, INC., MOON UNIT INC., and KENNETH MOORE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MOON UNIT, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.2, Defendant Moon Unit, Inc. ("Moon Unit") makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in the State of North Carolina and with its principal place of business in North Carolina.

☐ This party has parent corporations.

☐ Ten percent of more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐ This party is a trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Respectfully submitted this 10th day of February, 2023.

> **WOOLF, McCLANE, BRIGHT,**
> **ALLEN & CARPENTER, PLLC**
>
> *s/ J. Chadwick Hatmaker*
> J. Chadwick Hatmaker (BPR # 018693)
> Kaitlyn E. Hutcherson (BPR # 035188) (*admission to M.D.T.N. pending*)
> Post Office Box 900
> Knoxville, TN 37901
> Tel: (865) 215-1000
> Fax: (865) 215-1001
> chatmaker@wmbac.com
> khutcherson@wmbac.com
>
> *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2023 a copy of the foregoing Moon Unit, Inc. Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/ J. Chadwick Hatmaker*
J. Chadwick Hatmaker (BPR # 018693)
WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, TN 37901
Tel: (865) 215-1000
Fax: (865) 215-1001
chatmaker@wmbac.com
khutcherson@wmbac.com
