IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CADE COTHREN AND AVA KORBY, <br><br> Plaintiffs, <br><br> v. <br><br> THE LITTLE MINT, INC., MOON UNIT, INC., and KENNETH MOORE, <br><br> Defendants. | Case No.: 3:22-cv-00985 |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), the parties respectfully move this Court for an order approving a settlement of Plaintiffs' alleged FLSA claims. As explained below, the proposed settlement is in full and final payment of Plaintiffs' alleged unpaid wages, unpaid overtime, liquidated damages, attorney's fees, and costs.

Plaintiffs allege that they were employed by Defendants and performed work primarily at a Highway 55 Burgers, Shakes, & Fries restaurant located in Fayetteville, Tennessee that is owned by Defendant Moon Unit, Inc. Plaintiffs allege that they performed uncompensated work at the Fayetteville restaurant and at other Highway 55 Burgers, Shakes, & Fries restaurants. Defendants deny that Plaintiffs were employees of any Defendant, specifically deny Plaintiffs' allegations, and deny any liability under the FLSA.

Plaintiffs allege in their Complaint that Plaintiff Cade Cothren worked a total of 1,244.62 regular hours and 339.84 overtime hours, and Plaintiff Ava Korby worked a total of 382.05 regular hours and 73.88 overtime hours without compensation. Plaintiffs claim damages of $26,000. Although Defendants dispute Plaintiffs' claims, they have agreed to resolve those claims by paying

Plaintiffs the combined total amount of $33,000.00.  *See*, 29 U.S.C. § 216(b).  Plaintiff Cade Cothren will receive $25,438.36 in full and final settlement of his FLSA claims and Plaintiff Ava Korby will receive $7,146.62 in full and final settlement of her FLSA claims.  The $33,000 also includes Plaintiffs' attorney's fees and costs in the amount of $415.12.  *Id*.  The parties have also reached a settlement as to Plaintiffs' unjust enrichment claims, the terms of which are set forth in the attached copy of the Settlement Agreement.  If the Court approves this settlement, this lawsuit will be dismissed with prejudice.

Accordingly, Plaintiffs will receive the full benefits to which they allege they are entitled pursuant to the FLSA.  A district court may approve a settlement after determining that it is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Thompson v. United Stone, LLC,* No. 1:14-cv-00224, 2015 WL 867988, at *1 (E.D. Tenn. March 2, 2015) (citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982)).  Because Plaintiffs will receive full benefits, there is no question that the settlement is fair and reasonable.  *See, e.g., Hanks v. Racetrack Petroleum, Inc*., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

For the foregoing reasons, the parties respectfully move the Court for an order approving the proposed settlement and dismissing the case.

Respectfully submitted this 30th day of June, 2023.

**DARROW EVERETT LLP**

*s/ Samuel C. Blink*
Samuel C. Blink (BPR # 36400)
Fifth Third Center
424 Church Street, Suite 2000
Nashville, TN 37219
(401) 453-1200 ext. 305
sblink@darroweverett.com

*Attorneys for Plaintiffs*

**WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC**

<u>*/s J. Chadwick Hatmaker*</u>
J. Chadwick Hatmaker (BPR # 018693)
Kaitlyn E. Hutcherson (BPR # 035188)
Post Office Box 900
Knoxville, TN 37901
(865) 215-1000
chatmaker@wmbac.com
khutcherson@wmbac.com

*Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2023, a copy of the foregoing Joint Motion for Approval of FLSA Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/ J.Chadwick Hatmaker*
Attorney
