**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CADE COTHREN et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00985** |
| | ) | |
| **THE LITTLE MINT, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Joint Motion for Approval of FLSA Settlement (Doc. No. 20) is APPROVED because the Court finds as follows:

1.      The parties settlement of alleged violations of the Family Labor Standard Act is fair, appropriate and reasonable.

2.      Cade Cothren, Ava Korby and their attorney will receive a combined total of $75,000.00 that the Court finds to be reasonable based upon the allegations in the complaint.

3.      The attorney for Plaintiffs Darrow Everett, LLP will receive $10,619.50 for attorney fees, cost and expenses that the Court finds to be reasonable.

4.      The Settlement Agreement and Release of all Claims (Doc. No. 20-1) is fair and approved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1