UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CADE COTHREN and <br> AVA KORBY, <br><br> Plaintiffs, <br><br> v. <br><br> THE LITTLE MINT, INC., <br> MOON UNIT, INC., and <br> KENNETH K. MOORE, <br><br> Defendants. | NO. 3:22-cv-00985 |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 22). Accordingly, this action is

**DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE